**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BIANCA STEWART and THE GLADIATOR'S HUB, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KATINA STUCKEY-SMITH, <br><br> Defendant. | No. 22-04553 (SDW)(MAH) <br><br> **ORDER** <br><br> November 17, 2022 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on October 28, 2022, by Magistrate Judge Michael A. Hammer ("Judge Hammer"), (D.E. 23), recommending that this Court transfer this matter to the United States District Court for the Southern District of Georgia, pursuant to 28 U.S.C. § 1631, because this Court lacks personal jurisdiction over Defendant. This Court has reviewed the reasons set forth by Judge Hammer in the R&R, and the limited objection filed by Defendant, (D.E. 24), in which Defendant notes that Plaintiffs and Defendant each request that, should this Court determine that the matter is to be transferred, the matter be transferred to the United States District Court for the Northern District of Georgia. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Hammer, (D.E. 23), is **ADOPTED** as the conclusions of law of this Court; and

**ORDERED** that this matter is to be transferred to the United States District Court for the Northern District of Georgia.

**SO ORDERED**.

    /s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:     Parties
       Michael A. Hammer, U.S.M.J.